# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Kiiyana Heath, Andrea Billups-Dryer, Ralpheal Valentine and Michael A. Skirmont,<br><br>Plaintiff(s),<br><br>v.<br><br>City of Markham, Markham Police Department, Roger Agpawa, William Lawrence, Steven R. Miller, Michelle Broughton Fountain, and Demarus Rogers,<br><br>Defendant(s). | Case No. 19 C 0040<br>Judge Virginia M. Kendall |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) City of Markham, Markham Police Department, Roger Agpawa, William Lawrence, Steven R. Miller, Michelle Broughton Fountain, and Demarus Rogers
       and against plaintiff(s) Kiiyana Heath, Andrea Billups-Dryer, Ralpheal Valentine and Michael A. Skirmont .

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a motions to dismiss.

Date: 11/1/2019                                          Thomas G. Bruton, Clerk of Court

                                                          /s/Lynn Kandziora , Deputy Clerk